PER CURIAM.
Affirmed. See In re Chinese Manufactured Drywall Prods. Liab. Litig., 894 F.Supp.2d 819, 865-90 (E.D.La.2012); see also Stubbs v. Wyndham Nassau Resort & Crystal Palace Casino, 447 F.3d 1357 (11th Cir.2006); Meier ex rel. Meier v. Sun Int’l Hotels, Ltd., 288 F.3d 1264 (11th Cir.2002); PFM Air, Inc. v. Dr. Ing. hc. F. Porsche A.G., 751 F.Supp.2d 1264 (M.D.Fla.2010); Sehringer v. Big Lots, Inc., 532 F.Supp.2d 1335 (M.D.Fla.2007); Shyam Ahuja Private, Ltd. v. Garden Islands Int’l., LLC, 118 So.3d 268 (Fla. 3d DCA 2013); Wetzel v. Fisherman’s Wharf of Pompano Beach, Inc., 771 So.2d 1195 (Fla. 4th DCA 2000); Deere & Co. v. Watts, 148 So.2d 529 (Fla. 3d DCA 1963).